**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ELIEZER SIAS MENDOZA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-333-D |
| | ) | |
| TODD M. LYONS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

Pursuant to the Order entered this date, Petitioner's Emergency Petition for Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive

Relief [Doc. No. 1] is **DENIED**.

**ENTERED** this 8th day of April, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge